Daniel E. Stowe, ISB # 5759
LAW OFFICES OF MARK DIETZLER
24001 East Mission Ave., Suite 101
Liberty Lake, WA 99019-9514
*Employees of the Liberty Mutual Group*
Telephone: 509-944-2171
Facsimile: 866-546-4981
Email: Daniel.Stowe@LibertyMutual.com
Attorneys for Defendant

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JEWELERS MUTUAL INSURANCE COMPANY, a Wisconsin corporation, as subrogee of The Diamond Shop, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> VALLEY VENDING & COFFEE SERVICES INC., an Idaho corporation, <br><br> Defendant. | Case No. 3:19-CV-00210-DWM <br><br> STIPULATED DISMISSAL |

The parties hereby stipulate and agree that the above-entitled proceeding may be dismissed with prejudice and without costs to any party.

IT IS SO STIPULATED:

DATED this 27 day of December, 2019.

_____
Jonathan D. Hally
Attorney for Plaintiff

DATED this 18 day of December, 2019. JAN 2020

_____
Daniel E. Stowe
Attorney for Defendant

STIPULATED DISMISSAL - 1