IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JEWELERS MUTUAL INSURANCE COMPANY, a Wisconsin corporation, as subrogee of The Diamond Shop, Inc.,<br><br>        Plaintiff,<br><br>vs.<br><br>VALLEY VENDING & COFFEE SERVICES, INC., an Idaho corporation,<br><br>        Defendant. | 3:19–cv–210–DWM<br><br>ORDER |

The parties having filed a stipulation for dismissal pursuant to Rule 41(a),

IT IS ORDERED that the above-captioned cause is DISMISSED WITH PREJUDICE, each party to pay its own costs. All pending motions are MOOT and all deadlines are VACATED. The jury trial set for October 19, 2020, is VACATED.

DATED this 15th day of January, 2020.

_____
Donald W. Molloy, District Judge
United States District Court